IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMPION PERFORMANCE PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MET-RX SUBSTRATE TECHNOLOGY, INC., and NBTY, INC., <br><br> Defendants / | No. C 04-4180 MMC <br><br> **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND FOR SANCTIONS** |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff's Motion to Compel Discovery Responses and for Sanctions, filed July 15, 2005, and all other discovery disputes, are referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: July 22, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge