David Goldman (Bar No. 76551)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: dgoldman@wendel.com

Attorneys for Plaintiff
Champion Performance Products, Inc.

Randall B. Bateman
Perry S. Clegg
**BATEMAN IP LAW GROUP**
8 East Broadway, Suite 550
Salt Lake City, Utah 84111
Telephone: (801) 533-0320
Fax: (801) 533-0323
email: rbb@utah-ip.com

Attorneys for Plaintiff
Champion Performance Products, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMPION PERFORMANCE PRODUCTS, INC., d.b.a. CHAMPION NUTRITION,<br><br>Plaintiff,<br><br>vs.<br><br>MET-RX SUBSTRATE TECHNOLOGY, INC. and NBTY, INC.,<br><br>Defendants. | Case No. C-04-4180 (MMC)<br><br>**STIPULATED ORDER** |

### **STIPULATED ORDER**

The Court having considered the parties' Stipulated Motion for Order Granting Champion Leave to File First Amended Complaint and finding good cause therefore,

IT IS HEREBY ORDERED:

**1.** Champion Performance Products, Inc. is hereby granted leave to file its First Amended Complaint in the form submitted with the Stipulated Motion.

**2.** Champion's First Amended Complaint shall be deemed filed and served as of the date of this Order.

**3.** Defendant MET-RX Substrate Technology, Inc. shall file and serve its Amended Answers within 20 days of the date hereof.

DATED this 1st day of November, 2005.

BY THE COURT

_____
Honorable Maxine M. Chesney
United States District Court Judge

Approved as to form and content:

/s/
_____
M. Patricia Thayer
HELLER EHRMAN LLP

Attorneys for Defendants
MET-RX Substrate Technology, Inc. and
NBTY, Inc.

/s/
_____
David Goldman
WENDEL, ROSEN, BLACK & DEAN LLP

Attorneys for Plaintiff
Champion Performance Products, Inc.
d.b.a. Champion Nutrition