IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMPION PERFORMANCE PRODUCTS, INC., d.b.a. CHAMPION NUTRITION<br><br>            Plaintiff,<br>   v.<br><br>MET-RX SUBSTRATE TECHNOLOGY, INC. and NBTY, INC.,<br><br>            Defendants | No. C 04-4180 MMC<br><br>**ORDER DENYING JOINT MOTION TO MODIFY SCHEDULING ORDER** |

Before the Court is the parties' joint motion, filed November 3, 2005, by which the parties seek to continue the trial date for five weeks, and to continue all pretrial deadlines accordingly.

Having reviewed the parties' joint motion, which is not supported by any declaration, the Court finds the parties have failed to set forth good cause to continue the trial date.[1]

Accordingly, the parties' joint motion is hereby DENIED, without prejudice to the parties' seeking an extension of the discovery cut-off dates.

**IT IS SO ORDERED.**

Dated: November 7, 2005

MAXINE M. CHESNEY
United States District Judge

---

[1] The parties state they "anticipate numerous dispositive motions." (See Joint Mot., filed November 3, 2005, at 2:12.) The Court refers the parties to Civil Local Rule 7-2, which sets forth page limits for a motion. A party may not avoid the strictures of the Local Rule by filing "numerous" motions directed at the same pleading.