David Goldman (Bar No. 76551)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928
dgoldman@wendel.com

Attorneys for Plaintiff
Champion Performance Products, Inc.

Randall B. Bateman, *pro hac vice*
Perry S. Clegg, *pro hac vice*
**BATEMAN IP LAW GROUP**
8 East Broadway, Suite 550
Salt Lake City, Utah 84111
Telephone:  (801) 533-0320/Fax: (801) 533-0323
rbb@utah-ip.com

Terry E. Welch, *pro hac vice*
**PARR, WADDOUPS, BROWN, GEE & LOVELESS**
185 South State Street, Suite 1300
Salt Lake City, Utah 84111
(801) 532-7840/Fax (801) 532-7750
tew@pwlaw.com

Attorneys for Plaintiff
Champion Performance Products, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMPION PERFORMANCE PRODUCTS, INC., d.b.a. CHAMPION NUTRITION,<br><br>Plaintiff,<br><br>vs.<br><br>MET-RX SUBSTRATE TECHNOLOGY, INC. and NBTY, INC.,<br><br>Defendants. | Case No. C-04-4180 (MMC)<br><br>**JOINT MOTION TO MODIFY THE SCHEDULING ORDER; ORDER THEREON** |

JOINT MOTION AND PROPOSED STIPULATED ORDER TO MODIFY THE SCHEDULING ORDER
Case No. C-04-4180 (MMC)

## JOINT MOTION

The parties jointly propose modifications to the pretrial dates in the Scheduling Order in order to accommodate schedules of witnesses, both fact and expert, and to ensure that the case is adequately prepared for trial by the date previously set by the Court. As grounds for the motion, the parties state that they have diligently attempted to move this matter forward. There are numerous witnesses out of state, including Florida, New York, Colorado and at least one out of the country in Finland in addition to those witnesses in California. Depositions of these witnesses are going forward but cannot be completed in view of their locations and varying schedules within the schedule as presently constituted. In addition, the parties have been engaged in settlement negotiations including meetings and dialogue among counsel and the parties directly in the hopes of resolving this matter short of a trial. Such discussions and negotiations have taken considerable time in an attempt to avoid a trial. Finally, the parties will continue to "double-track" discovery where necessary but state that the additional time proposed below is necessary in order to be able to complete discovery necessary to an efficient trial of this matter.

In view of all of the above, the parties respectfully request that the Court revise the internal dates as set forth below and sign the proposed Stipulated Order contained therein. The parties note that neither the Final Pretrial date nor the Trial setting is impacted.

**PROPOSED STIPULATED ORDER**

The Court having considered the parties' Joint Motion to Modify the Scheduling Order and finding good cause therefor,

IT IS HEREBY ORDERED that the pre-trial and trial dates be reset as follows:

| CALENDAR ITEM | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | 11/04/05 | 12/16/05 |
| Identify Experts | 11/25/05 | 12/23/05 |
| Identify Rebuttal Experts | 12/16/05 | 01/13/06 |
| Expert Discovery Cutoff | 01/06/06 | 01/27/06 |
| Dispositive Motion Deadline | 01/20/06 | 02/03/06 |
| Joint Statement | 01/27/06 | 02/17/06 |
| Further Status Conference | 02/03/06 | 02/24/06 |
| Pretrial Conference | 4/4/06 at 3:00 p.m. | 4/4/06 at 3:00 p.m. |
| Trial | 4/17/06 at 9:00 a.m. for 8 days | 4/17/06 at 9:00 a.m. for 8 days |

DATED this 14th day of November 2005.

BY THE COURT

_____
Honorable Maxine M. Chesney
United States District Court Judge

Approved as to form and content:

/s/
_____
M. Patricia Thayer
Bethany A. Glover
HELLER EHRMAN LLP

Attorneys for Defendants
MET-RX Substrate Technology, Inc., and
NBTY, Inc.

/s/
_____
David Goldman
WENDEL ROSEN BLACK & DEAN LLP

Attorneys for Plaintiff
Champion Performance Products, Inc.
d.b.a Champion Nutrition