IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMPION PERFORMANCE PRODUCTS, INC., d.b.a. CHAMPION NUTRITION,<br><br>    Plaintiff,<br><br>  v.<br><br>MET-RX SUBSTRATE TECHNOLOGY, INC. and NBTY, INC.,<br><br>    Defendants<br>_____/ | No. C-04-4180 MMC<br><br>**ORDER GRANTING IN PART AND DEFERRING IN PART PLAINTIFF'S MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT TO BAR COUNTERCLAIMS DUE TO LACHES** |

Before the Court is plaintiff's administrative motion, filed January 3, 2006, for leave to file under seal certain documents offered in support of plaintiff's motion for summary judgment to bar defendants' counterclaims on the ground of laches.

Having reviewed the Declaration of Perry S. Clegg offered in support of the administrative motion, and good cause appearing, the Court hereby GRANTS the motion as to the Affidavit of Michael V. Zumpano. Accordingly, the Clerk of the Court is DIRECTED to file the Affidavit of Michael V. Zumpano under seal.

The Court DEFERS ruling as to the propriety of sealing the other documents identified in the above-referred administrative motion, pending submission from defendants of a declaration pursuant to Civil Local Rule 79-5(d).

**IT IS SO ORDERED.**

Dated: January 6, 2006



MAXINE M. CHESNEY
United States District Judge