IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMPION PERFORMANCE PRODUCTS, INC., d.b.a. CHAMPION NUTRITION<br><br>        Plaintiff,<br>  v.<br><br>MET-RX SUBSTRATE TECHNOLOGY, INC. and NBTY, INC.,<br><br>        Defendants<br>_____/ | No. 04-4180 MMC<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO BAR DEFENDANTS' COUNTERCLAIMS DUE TO UNCLEAN HANDS; DIRECTIONS TO CLERK** |

      Before the Court is plaintiff's administrative motion, filed December 30, 2005, to file under seal an unredacted version of the Declaration of Randall B. Bateman in Support of Plaintiff's Motion for Summary Judgment to Bar Defendants' Counterclaims Due to Unclean Hands. Plaintiff represents that the unredacted version of the above-referenced declaration contains information that has been designated by defendants as confidential.

      Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d). "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." Id. "If the designating party

does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record." Id.

Here, the designating parties, defendants, have not filed a responsive declaration within the time provided under Civil Local Rule 79-5(d).

Accordingly, plaintiff's administrative motion is hereby DENIED, and the Clerk of the Court is hereby DIRECTED to file the Declaration of Randall B. Bateman in Support of Plaintiff's Motion for Summary Judgment to Bar Defendants' Counterclaims Due to Unclean Hands in the public record. See Civil L.R. 79-5(d).

**IT IS SO ORDERED.**

Dated: January 18, 2006

MAXINE M. CHESNEY
United States District Judge