IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMPION PERFORMANCE PRODUCTS, INC., d.b.a. CHAMPION NUTRITION<br><br>        Plaintiff,<br><br>  v.<br><br>MET-RX SUBSTRATE TECHNOLOGY, INC. and NBTY, INC.,<br><br>        Defendants / | No. 04-4180 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PARTY PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO BAR DEFENDANTS' COUNTERCLAIMS DUE TO LACHES; DIRECTIONS TO CLERK** |

       Before the Court is the deferred portion of plaintiff's administrative motion, filed January 3, 2006, to file under seal unredacted versions of certain documents submitted in support of plaintiff's Motion for Summary Judgment to Bar Defendants' Counterclaims Due to Laches, specifically, the Declaration of Perry S. Clegg and plaintiff's Memorandum of Points and Authorities in support of the motion for summary judgment.[1]

       Plaintiff represents that the unredacted version of the Declaration of Perry S. Clegg contains information that has been designated by defendants as confidential. Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order.

---

[1] By order filed January 6, 2006, the Court granted plaintiff's administrative motion, to the extent the motion sought leave to file the Declaration of Michael V. Zumpano under seal.

1  See Civil L.R. 79-5(d). "Within five days thereafter, the designating party must file with the
2  Court and serve a declaration establishing that the designated information is sealable, and
3  must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the
4  designation of confidentiality." Id. "If the designating party does not file its responsive
5  declaration as required by this subsection, the document or proposed filing will be made
6  part of the public record." Id.  Here, the designating parties, defendants, have not filed a
7  responsive declaration within the time provided under Civil Local Rule 79-5(d).
8  Accordingly, plaintiff's administrative motion is hereby DENIED, to the extent plaintiff seeks
9  to file the Declaration of Perry S. Clegg under seal.  The Clerk of the Court is hereby
10 DIRECTED to file the Declaration of Perry S. Clegg in Support of Plaintiff's Motion for
11 Summary Judgment to Bar Defendants' Counterclaims Due to Laches in the public record.
12 See Civil L.R. 79-5(d).

13      Plaintiff seeks leave to file its Memorandum of Points and Authorities under seal on
14 the ground said document contains discussion of matter previously filed under seal,
15 specifically, matter contained in the Declaration of Michael V. Zumpano.  Accordingly,
16 plaintiff's administrative motion is hereby GRANTED, to the extent plaintiff seeks to file the
17 Memorandum of Points and Authorities under seal.  The Clerk of the Court is hereby
18 DIRECTED to file the Memorandum of Points and Authorities under seal.  See Civil L.R.
19 79-5(a).

20      **IT IS SO ORDERED.**

22  Dated: January 19, 2006

_____
MAXINE M. CHESNEY
United States District Judge