IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHAMPION PERFORMANCE PRODUCTS, INC.,

    Plaintiff,

  v.

MET-RX SUBSTRATE TECHNOLOGY, INC. and NBTY, INC.,

    Defendants

                              /

No. C 04-4180 MMC

**ORDER VACATING FEBRUARY 3, 2006 HEARING**

     Before the Court are two motions for summary judgment, Plaintiff's Motion for Summary Judgment to Bar Defendants' Counterclaims Due to Unclean Hands and Plaintiff's Motion for Summary Judgment to Bar Defendants' Counterclaims Due to Laches, both scheduled for hearing February 3, 2006. Pursuant to the Civil Local Rules of this District, opposition was due no later than January 13, 2005. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no less than 21 days before hearing date). To date, no opposition has been filed.

     Accordingly, the Court deems the matter submitted on the moving papers and VACATES the hearing scheduled for February 3, 2006.

     **IT IS SO ORDERED.**

Dated: January 25, 2006

                                             MAXINE M. CHESNEY
                                             United States District Judge