David Goldman (Bar No. 76551)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: dgoldman@wendel.com

Randall B. Bateman, *pro hac vice*
Perry S. Clegg, *pro hac vice*
**BATEMAN IP LAW GROUP**
8 East Broadway, Suite 550
Salt Lake City, Utah 84111
Telephone: (801) 533-0320
Fax: (801) 533-0323
Email: rbb@utah-ip.com

Terry E. Welch, *pro hac vice*
**PARR WADDOUPS BROWN GEE & LOVELESS**
185 South State Street, Suite 1300
Salt Lake City, UT 84111
Telephone (801) 532-7840/Facsimile (801) 532-7750
Email: tew@pwlaw.com

Attorneys for Plaintiff
Champion Performance Products, Inc.,
d.b.a. Champion Nutrition

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMPION PERFORMANCE PRODUCTS, INC., d.b.a. CHAMPION NUTRITION,<br><br>Plaintiff,<br><br>vs.<br><br>MET-RX SUBSTRATE TECHNOLOGY, INC. and NBTY, INC.,<br><br>Defendants. | Case No. C-04-4180 (MMC)<br><br>**[PROPOSED] ORDER DISMISSING CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>Trial Date:  April 17, 2006 |

THE COURT, having considered the Stipulated Motion to Dismiss Claims and Counterclaims With Prejudice, and finding good cause therefore;

IT IS HEREBY ORDERED THAT:

1) The Claims of Champion Performance Products, Inc., d.b.a. Champion Nutrition are hereby dismissed with prejudice.

2) The Counterclaims of MET-Rx Substrate Technologies, Inc., are hereby dismissed with prejudice.

3) Each party is to bear its own costs.

DATED THIS __30th__ day of January, 2006.

_____
Hon. Maxine Chesney
United States District Court Judge

BATEMAN IP LAW GROUP
8 East Broadway, Suite 550
Salt Lake City, UT 84111